IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO.: 3:19-cr-00160 DPJ-FKB

**VICTORINO HERNANDEZ-VAZQUEZ**

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes D. Michael Hurst, Jr., United States Attorney in and for the Southern District of Mississippi, and respectfully represents:

THAT, **VICTORINO HERNANDEZ-VAZQUEZ,** presently in the custody of the **I.C.E. Detention Center-Jena Louisiana**, or any other Federal Facility or jail pursuant to this cause his presence is required in the Southern District of Mississippi at Jackson, Mississippi, on **September 30, 2018, at 8:30 a.m.** for certain proceedings in regard to the above mentioned criminal action wherein he is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the **I.C.E. Detention Center-Jena Louisiana**, or any other Federal Facility or jail to deliver the body of **VICTORINO HERNANDEZ-VAZQUEZ,** to any United States Marshal, or his deputy, and have him there in this cause beginning on **September 30, 2019, at 8:30 a.m.,** for certain proceedings and thereafter at such times and places as required, it being ordered specifically herein that this Petition shall remain in full force and effect for delivery of the **VICTORINO HERNANDEZ-VAZQUEZ,** to this Court at proceedings conducted in this cause until the case is disposed of, and thereafter any United States Marshal, or his deputy, shall return the defendant, **VICTORINO HERNANDEZ-VAZQUEZ, I.C.E. Detention Center-Jena Louisiana**, or any other Federal Facility or jail aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:  /s/ David H. Fulcher
DAVID H. FULCHER
Assistant United States Attorney